UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RANDALL B. HOFLAND, ) | |
|     ) | |
|     Plaintiff, ) | |
|     ) | |
| v. ) | Civil No. 09-343-P-W |
|     ) | |
| SCOTT STOREY, et al., ) | |
|     ) | |
|     Defendants. ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 30, 2009 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on October 8, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Plaintiff's 28 U.S.C. § 2254 Petition (Docket # 1) be and hereby is DISMISSED.

3. It is further ORDERED that no certificate of appealability should issue in the event the Plaintiff files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2009